1   J. KEVIN LILLY, Bar No. 119981
    LITTLER MENDELSON
2   A Professional Corporation
    2049 Century Park East, 5th Floor
3   Los Angeles, CA  90067.3107
    Telephone:    310.553.0308
4   Facsimile:    310.553.5583
    E-mail: klilly@littler.com
5
    ARTHUR M. EIDELHOCH, Bar No. 168096
6   LITTLER MENDELSON
    A Professional Corporation
7   650 California Street, 20th Floor
    San Francisco, CA  94108.2693
8   Telephone:    415.433.1940
    Facsimile:    415.399.8490
9   E-mail: aeidelhoch@littler.com

10  Attorneys for Defendant
    WASTE MANAGEMENT, INC.
11

12                  UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14                    SAN FRANCISCO DIVISION

15  ISIDRO VALDIVIA, CARL YATES,          CASE NO.:  C07-02293 JL
    MIKE CICAIROS, JUAN C. GOMEZ and
16  BERNARDO ROSENTHAL, on behalf of      STIPULATION AND ORDER RE
    themselves individually and all others LIMITED DISCOVERY AND
17  similarly situated,                    CONTINUING HEARING ON
                                           DEFENDANT WASTE MANAGEMENT,
18                 Plaintiffs,             INC.'S MOTION TO DISMISS FOR LACK
                                           OF PERSONAL JURISDICTION
19        v.

20  WASTE MANAGEMENT, INC.; and
    DOES 1 through 100, inclusive,
21
                   Defendant.
22

23

24

25

26

27

28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATION AND ORDER RE LIMITED
DISCOVERY AND CONTINUING
HEARING ON MOTION TO DISMISS

CASE NO. C07-02293 JL

1

## RECITALS

2    1.    On May 4, 2007, Defendant Waste Management, Inc. filed a F.R.C.P.

3  12(b)(2) Motion to Dismiss on the grounds that this Court lacks personal jurisdiction over it.  The

4  Motion was properly noticed for hearing on June 20, 2007 at 9:30 a.m.

5    2.    Plaintiffs believe that, under F.R.C.P. 12(b)(2) and the case law interpreting

6  the rule, they are entitled to conduct discovery limited to the preliminary issue of whether the Court

7  has personal jurisdiction over Waste Management, Inc.  Waste Management, Inc. desires a

8  concomitant right to conduct such limited discovery.

9    3.    The parties have met and conferred and in the interest of efficiency, economy,

10  and cooperation have agreed to a briefing schedule and discovery plan on the limited issue of

11  whether the Court has personal jurisdiction over Waste Management, Inc.  Nothing in this stipulation

12  precludes the Parties from seeking Court relief should either Party later determine that discovery

13  should be limited or expanded or to resolve a discovery dispute related to or unrelated to this

14  Stipulation.

15

## STIPULATION

16    1.    All discovery permitted by this Stipulation and all discovery taken prior to

17  resolution of the issue of whether this Court has personal jurisdiction over Defendant Waste

18  Management, Inc. shall be limited to that issue.

19    2.    The Parties shall be entitled to propound one set of Special Interrogatories

20  consisting of fifteen (15) separate interrogatories.  The Special Interrogatories shall be served within

21  15 days after the Court issues an Order on this Stipulation, but no earlier than July 5, 2007.  The

22  Parties will respond to this discovery according to applicable federal rules and time limits.

23    3.    The Parties shall be entitled to propound one set of Requests for Production of

24  Documents consisting of twenty (20) separate requests for production.  The Requests for Production

25  of Documents shall be served within 15 days after the Court issues an Order on this Stipulation, but

26  no earlier than July 5, 2007.  The parties will respond to this discovery according to applicable

27  federal rules and time limits.

28    4.    Plaintiffs shall be entitled to take one Rule 30(b)(6) deposition.  The

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND ORDER RE LIMITED
DISCOVERY AND CONTINUING                    2                    CASE NO. C07-02293 JL
HEARING ON MOTION TO DISMISS

1   deposition will identify the areas of inquiry and up to twenty (20) corresponding document requests.

2   The deposition and corresponding document requests, like all discovery permitted by this Stipulation

3   and Order, will be limited to the issue of whether this Court has personal jurisdiction over Defendant

4   Waste Management, Inc.  This deposition will be subject to the Seven Hour Rule.  The Parties will

5   meet and confer in good faith to schedule the deposition at a time and place convenient to the Parties

6   and counsel.  It is envisioned that the deposition will take place within approximately forty-five (45)

7   days after the Court issues an Order on this Stipulation.  Defendant reserves the right to require that

8   the Rule 30(b)(6) deposition occur in the city of the deponent's principle workplace.

9           5.      The June 20, 2007 hearing date on Defendant's pending Motion to Dismiss,

10   and the briefing schedule arising therefrom, shall be vacated, although the Motion shall remain

11   pending for all purposes.

12          6.      Within forty-five (45) days after the completion of the deposition taken by

13   Plaintiff referenced above or service of responses to the written discovery referenced above,

14   whichever is later, Defendant shall have the right to file a supplemental memorandum of points and

15   authorities and supporting papers and shall re-set its Motion to Dismiss for hearing with not fewer

16   than thirty-five (35) days' notice.  Plaintiffs shall be entitled to file opposition papers and Defendant

17   shall be entitled to file reply papers, according to applicable rules and time limits.

18          7.      Defendant's stipulation hereto and participation in discovery according to the

19   terms set forth herein shall not constitute an admission or concession that personal jurisdiction exists

20   or a waiver with regard to its defense of lack of personal jurisdictional.  Plaintiffs acknowledge that

21   Defendant does not waive any such defense and that Defendant does not voluntarily or by its

22   stipulation/participation in discovery submit to the Court's jurisdiction.  Plaintiffs agree not to make

23   any such argument.

24          8.      The Parties agree that the discovery conducted pursuant to this Stipulation

25   shall not count towards any of the federal discovery limitations associated with merits and/or class

26   certification discovery.

27          9.      The Parties agree that certain dates set in the Court's Order Setting Initial

28   Case Management Conference and ADR Deadlines should be continued until after this preliminary

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND ORDER RE LIMITED
DISCOVERY AND CONTINUING                3.
HEARING ON MOTION TO DISMISS                          CASE NO. C07-02293 JL

1  jurisdictional issue is resolved and, therefore, respectfully request that the Court continue the last day

2  to meet and confer re initial disclosures, et al., and file Joint ADR Certification with Stipulation from

3  July 11, 2007 to a date thirty (30) days after the Court issues its Order on Defendant's F.R.C.P.

4  12(b)(2) Motion to Dismiss.   The Parties also respectfully request that the Court continue the last

5  day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and

6  file Case Management Statement from July 25, 2007 to a date forty-five (45) days after the Court

7  issues its Order on Defendant's F.R.C.P. 12(b)(2) Motion to Dismiss.   The Parties also respectfully

8  request that the Court vacate the Initial Case Management Conference set on August 1, 2007 to be

9  reset by the Court after the Court rules on Defendant's Motion to Dismiss on a date convenient to the

10  Court at least fifty (50) days after the Court issues that ruling.

11          10.     The Parties agree that the foregoing is in their respective best interests.

12
    Dated: June __11__, 2007
13

14

15  _____
    WENDY C. YORK
16  BRANDON R. McKELVEY
    YORK LAW CORPORATION
17  Attorneys for Plaintiffs

    Dated: June __11__, 2007
18

19

20  _____
    J. KEVIN LILLY
21  ARTHUR M. EIDELHOCH
    LITTLER MENDELSON
22  A Professional Corporation
    Attorneys for Defendant
23  WASTE MANAGEMENT, INC.

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATION AND ORDER RE LIMITED
DISCOVERY AND CONTINUING                     4.                      CASE NO. C07-02293 JL
HEARING ON MOTION TO DISMISS

## ORDER

Having considered the Parties' Stipulation, and GOOD CAUSE appearing,

1.     The Parties may conduct limited discovery according to the terms set forth in the Parties' Stipulation; and

2.     Defendant's Motion to Dismiss, currently scheduled for hearing on June 20, 2007, shall be continued, to be re-set upon proper notice by Defendant.

3.     The last day for the Parties to meet and confer re initial disclosures, et al., and to file Joint ADR Certification with Stipulation shall be continued from July 11, 2007 to thirty (30) days after the Court issues its Order on Defendant's F.R.C.P. 12(b)(2) Motion to Dismiss.

4.     The last day for the Parties to file their Rule 26(f) Report, complete initial disclosures or to state objection in Rule 26(f) Report and to file Case Management Statement shall be continued from July 25, 2007 to forty-five (45) days after the Court issues its Order on Defendant's F.R.C.P. 12(b)(2) Motion to Dismiss.

5.     The Initial Case Management Conference set on August 1, 2007 is taken off calendar and shall be reset by the Court after it rules on Defendant's Motion to Dismiss to a date at least fifty (50) days after the Court rules on Defendant's Motion to Dismiss.

IT IS SO ORDERED.

Dated: _June 13, 2007_____

THE H[...]
US CH[...]

IT IS SO ORDERED

Judge James Larson

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND ORDER RE LIMITED
DISCOVERY AND CONTINUING
HEARING ON MOTION TO DISMISS

5.

CASE NO. C07-02293 JL